**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021
```

-------------------------------------X
INSOLVENCY SERVICES GROUP, INC., as     :
Assignee for the Benefit of Creditors   :
Of CVE Technology Group, Inc.,          :
                                        :
                    Plaintiff,          :
                                        :          **ORDER**
       - against -                      :
                                        :
SAMSUNG ELECTRONICS AMERICA, INC.,      :          20 Civ. 8179 (VM)
                                        :
                    Defendant.          :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than May 21, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.


Dated:     April 26, 2021
           New York, New York



                                         Victor Marrero
                                           U.S.D.J.