akerman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/20/2021__

Scott M. Kessler

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

May 19, 2021

**VIA ECF**

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Request GRANTED.** The parties' deadline to submit the joint letter and proposed Case Management Plan is extended as requested.

**SO ORDERED.**

5/20/2021
DATE    VICTOR MARRERO, U.S.D.J.

Re:   *Insolvency Services Group, Inc., as Assignee for the Benefit of Creditors of CVE Technology Group, Inc. v. Samsung Electronics America, Inc., and Does 1 through 10*
Case No.: 20-cv-8179 (VM)

Dear Judge Marrero:

This firm represents Defendant Samsung Electronics America, Inc. in the above-captioned matter.  On April 26, 2021, Your Honor entered an Order (DE 23) directing the parties to submit a joint letter no later than May 21, 2021, addressing certain issues concerning the above-referenced case, and a completed Case Management Plan.  The parties' counsel have completed a draft, however, the undersigned counsel is in need of additional time to review and finalize the letter.  We write to respectfully request an extension of time to submit the joint letter and proposed Case Management Plan until June 4, 2021.  Plaintiff's counsel consents to this extension and this request is not being made for purposes of delay.  An adjournment of this deadline and this requested extension does not affect any other scheduled dates.

We appreciate Your Honor's attention to this request.

Respectfully submitted,

Scott M. Kessler

cc:   Counsel of Record (via ECF)

akerman.com