# akerman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/21

Scott M. Kessler

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

June 2, 2021

**VIA ECF**

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Request **GRANTED**. The parties' request for an extension to file the joint letter and proposed case management plan is hereby granted.

**SO ORDERED.**

6/3/21
DATE                VICTOR MARRERO, U.S.D.J.

Re:   *Insolvency Services Group, Inc., as Assignee for the Benefit of Creditors of CVE Technology Group, Inc. v. Samsung Electronics America, Inc., and Does 1 through 10*
      Case No.: 20-cv-8179 (VM)

Dear Judge Marrero:

This firm represents Defendant Samsung Electronics America, Inc. in the above-captioned matter. On April 26, 2021, Your Honor entered an Order (DE 23) directing the parties to submit a joint letter no later than May 21, 2021, addressing certain issues concerning the above-referenced case, and a completed Case Management Plan, which deadline was previously extended by Your Honor to June 4, 2021. The parties' counsel continue to discuss and finalize the joint letter and proposed Case Management Plan, but we are in need of additional time.

Accordingly, we write to respectfully request an extension of time to submit the joint letter and proposed Case Management Plan until June 25, 2021. Plaintiff's counsel consents to this extension and this request is not being made for purposes of delay. An adjournment of this deadline and this requested extension does not affect any other scheduled dates.

We appreciate Your Honor's attention to this request.

Respectfully submitted,

Scott M. Kessler

akerman.com

Hon. Victor Marrero, U.S.D.J.
June 2, 2021
Page 2

_____

cc:     Counsel of Record (via ECF)