**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
INSOLVENCY SERVICES GROUP, INC.   :
                                  :
              Plaintiff,          :
                                  :      **20 Civ. 8179(VM)**
      -against-                   :      **ORDER**
                                  :
SAMSUNG ELECTRONICS AMERICA, INC.:
                                  :
              Defendant.          :
---------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022
```

**VICTOR MARRERO, U.S.D.J.:**

On March 1, 2022, the parties in this matter filed a request to adjourn the Case Management Conference scheduled for March 4, 2022 on the basis that this matter has been resolved. (See Dkt. No. 34.) The parties' request is GRANTED and the Conference shall be adjourned sine die in light of the parties' anticipated filing of a Joint Stipulation of Dismissal.

**SO ORDERED:**

Dated:   New York, New York
         02 March 2022

_____
Victor Marrero
U.S.D.J.