USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

INSOLVENCY SERVICES GROUP, INC., as Assignee for the Benefit of Creditors of CVE Technology Group, Inc.,

        Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,

        Defendant.

Case No. 1:20-cv-008179-VM

**ORDER OF DISMISSAL**

The Court, upon the presentation of the Stipulation of Dismissal with Prejudice filed by Plaintiff Insolvency Services Group, Inc., as Assignee for the Benefit of Creditors of CVE Technology Group, Inc., orders that the matter is hereby dismissed, with prejudice, and without costs or disbursements or attorneys' fees to any party as against the other.

IT IS SO ORDERED.

Dated: 29 March 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.